United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: 1100 RESTAURANT GROUP, LP, | § § § | CIVIL ACTION NUMBER 4:26-cv-03972 |
| Debtor. | § § § | ADVERSARY NUMBER 25-ap-03319 |
| RONALD J. SOMMERS, Plaintiff, | § § § § | |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| LETTERBOX HOSPITALITY, LLC, *et al*, Defendants. | § § § § | |

### ORDER ADOPTING
### REPORT AND RECOMMENDATION

Pending is a motion by Plaintiff Ronald J. Sommers for default judgment against Defendant Letterbox Hospitality, LLC. 25-ap-03319, Dkt 33.

The reference to the Bankruptcy Court was previously withdrawn, with all pretrial matters to remain with the Bankruptcy Court. See 4:25-cv-04612, Dkt 3.

Bankruptcy Judge Jeffrey P. Norman issued a Report and Recommendation recommending that the motion for default judgment be granted. Dkt 1; see also 25-ap-03319, Dkt 50.

The Report and Recommendation of the Bankruptcy Judge has been reviewed and determined to be correct. It is thus ADOPTED as the Report and Order of this Court. Dkt 1.

The motion by Plaintiff Ronald J. Sommers for default judgment against Defendant Letterbox Hospitality, LLC, is GRANTED. Dkt 1.

It is ORDERED that Ronald Sommers, Chapter 7 Trustee is awarded judgment against Letterbox Hospitality LLC f/k/a Underbelly Hospitality, LLC, in the amount of $188,325.00.

It is further ORDERED that post-judgment interest is awarded at the federal judgment interest rate of 3.72% from the date of entry of the Report and Recommendation by Judge Norman until paid.

It is further ORDERED that this Order constitutes a FINAL JUDGMENT against Letterbox Hospitality LLC f/k/a Underbelly Hospitality, LLC. The Trustee shall be entitled to all writs and processes as may be necessary in the enforcement and collection of this judgment.

SO ORDERED.

Signed on June 12, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge

2